UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dr. Brown

_____
Write the full name of each plaintiff.

**19 CV 6648**
_____CV_____
(Include case number if one has been assigned)

-against-

Apple Corporation

**COMPLAINT**

Do you want a jury trial?
☑ Yes   ☐ No

_____
Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐ Federal Question

☑ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_____

_____

_____

_____

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, __Dora Brown__, is a citizen of the State of
(Plaintiff's name)

__New York__
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, __APPLE CORPORATION__, is incorporated under the laws of the State of __CALIFORNIA__

and has its principal place of business in the State of __CALIFORNIA__

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

__Dora__          __I__              __Brown__
First Name        Middle Initial     Last Name

__14 East 28th Street #236__
Street Address

__New York__          __New York__        __10016__
County, City          State               Zip Code

__(646) 629-8002__           __dorabrown520@gmail.com__
Telephone Number              Email Address (if available)

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: APPLE CORPORATION
First Name / Last Name

APPLE ONE
Current Job Title (or other identifying information)

APPLE PARK WAY
Current Work Address (or other address where defendant may be served)

CUPERTINO        CALIFORNIA      95014
County, City        State        Zip Code

Defendant 2: _____
First Name / Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City        State        Zip Code

Defendant 3: _____
First Name / Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City        State        Zip Code

Page 4

Defendant 4: _____
   First Name            Last Name

   _____
   Current Job Title (or other identifying information)

   _____
   Current Work Address (or other address where defendant may be served)

   _____
   County, City        State         Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: Residence 19 East 28th St NYC Apartment 236

Date(s) of occurrence: 6 recurrent and continues

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I use Apple iPhone and iPad as my common means of communication and have found that Apple provides to own security, not abuse other means, yet my iPad and now, even my iPhone is plagued by "virus" which interferes with my use of the items. My iPad outright has over the use of it, which both Verizon, my Wireless provider and Apple seem unable to mitigate the effects on my ability to use it, for "monitoring" which was the purpose of the exercise. The passwords I set up, get changed and both tech support of Verizon spends daily troubleshooting sessions, yet control bounces back from the iPad. Attempts to watching anything, or music, are spent go back and forth to setups because there is interference which both Verizon & Apple seem to be unable to fix. I have also filed a suit against Verizon since they work in tandem and one depends on both for service. The other issues are all on a similar theme inability to control ones items.

Page 5

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I write and am working on research works for the past 50 years about the constant stress has exaggerated both my asthma and an adverse reaction disease created by Adderant "Sarcoidosis" which has no cures or real treatment. I use Naproxen to the pain and a Nebulyzer both prescribed by my PCP to mitigate the constant pain and stress while faculty issues.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

I would wish Apple to pay the full amounts of bankruptcy bankruptcy it has set aside for compensations, and any other relief the court wishes.

Page 6

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 07.16.19
Plaintiff's Signature: [signature]

First Name: DORA
Middle Initial: T
Last Name: BROWN

Street Address: 14 East 28th Street #236
County, City: New York
State: New York
Zip Code: 10016
Telephone Number: (646) 629-8002
Email Address (if available): dorabrown520@gmail.com

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☒ Yes  ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7