UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DORA BROWN,

            Plaintiff,

-against-

APPLE CORPORATION,

            Defendant.

1:19-CV-6648 (CM)

CIVIL JUDGMENT

Pursuant to the order issued November 13, 2019, dismissing this action for lack of subject-matter jurisdiction,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed for lack of subject-matter jurisdiction. Fed. R. Civ. P. 12(h)(3).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court note service on the docket. Plaintiff has consented to electronic service of Court documents. (ECF 3.)

SO ORDERED.

Dated:   January 3, 2020
           New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge